# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00097-CV

**Associated Press, Appellant**

**v.**

**David Paulin, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. GN301148, HONORABLE PAUL DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The Associated Press has filed an unopposed motion to dismiss its appeal, asserting

that it no longer wishes to pursue this appeal because the parties have settled their differences.

We grant the motion and dismiss this appeal.

Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Dismissed on Appellant's Motion

Filed:   May 6, 2004